IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOUISE HALL and<br>GLENN GOULD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-773C<br>(Judge Braden) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of L. Misha Preheim, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

L. Misha Preheim
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/L. Misha Preheim
L. Misha Preheim
Trial Attorney
Commercial Litigation Branch
Civil Division
TELEPHONE: (202) 305-3087
FACSIMILE: (202) 307-0972
E-mail: Misha.Preheim@usdoj.gov

Dated: November 26, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 26th day of November, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/L. Misha Preheim