IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LOUISE HALL and<br>GLENN GOULD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-773C<br>(Judge Braden) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including March 14, 2008, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on January 14, 2008. This is defendant's first request for an enlargement of time for this purpose. Defendant has contacted counsel for plaintiffs, who has indicated that plaintiffs do not oppose this request.

On December 28, 2007, counsel of record received the litigation report from the Department of the Interior. However, counsel of record has not had an opportunity to prepare a response to the complaint. Thus, the enlargement is requested because of counsel of record's workload, which includes discovery in the case of Edge Construction Co. v. United States, No. 06-635C, settlement negotiations in the cases of Hoh River Timber Co. v. United States, No. 06-418C, Kelly v. United States, No. 07-369C and State Automobile Mutual Insurance Company, Inc. v. United States, No. 07-516C, a response to a complaint in the case of GASA, Inc. v. United States, No. 01-642C, which is due on

January 15, 2008, and a response to the complaint in Hines v. United States, No. 07-623C, which is due on February 4, 2008.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 60-day enlargement of time, to and including March 14, 2008, within which to file its response to plaintiff's complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

January 9, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 9th day of January, 2008, a copy of the foregoing “Motion for an Enlargement of Time” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/L. Misha Preheim