# In the United States Court of Federal Claims

**NOTICE**

**LOUISE HALL and**
**GLENN GOULD**

**No. 07-773 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., January 10, 2008**

To Attorney of Record, Assistant Attorney General, and Judge Braden:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed January 9, 2008, for enlargement of time to respond to the complaint

the following order by the Acting Clerk:

**ALLOWED.**

John S. Buckley
ACTING CLERK OF COURT