IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOUISE HALL and GLENN GOULD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-773C<br>(Judge Braden) |

DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 14 days, to and including March 28, 2008, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on March 14, 2008. This is defendant's second request for an enlargement of time for this purpose. Defendant has contacted counsel for plaintiffs, who has indicated that plaintiffs do not oppose this request.

Counsel of record needs additional time to finalize a response to the complaint and coordinate that response internally within the Department of Justice. Counsel of record believed that he would be able to file defendant's response to the complaint today, but now realizes that additional time is needed. Thus, the enlargement is requested because of counsel of record's workload, which includes a reply to a motion to dismiss in Hines v. United States, No. 07-623C, an opposition to a motion to supplement in Lewis v. United States, No. 07-591c, and briefing before the United States Court of Appeals for the Federal Circuit in Perry v. United States, No. 2008-7026.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 14-day enlargement of time, to and including March 28, 2008, within which to file its response to plaintiff's complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

March 14, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on the 14th day of March, 2008, a copy of the foregoing "Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/L. Misha Preheim