# In the United States Court of Federal Claims

No. 07-773C

Filed: March 18, 2008

| | |
|---|---|
| LOUISE HALL and GLENN GOULD, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The Government's March 14, 2008 Second Unopposed Motion for an Enlargement of Time is granted. Therefore, the Government will file an answer on or before March 28, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**