# In the United States Court of Federal Claims

No. 07-773C

Filed: April 14, 2008

| | |
|---|---|
| *********************************** | |
| | * |
| LOUISE HALL and | * |
| GLENN GOULD, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

## ORDER

The Plaintiffs' April 10, 2008 Unopposed Motion for an Enlargement of Time does not comply with Rule of the Court of Federal Claims 6.1. The Motion is filed by leave of the undersigned judge and granted. Therefore, the Plaintiffs will file a Response to the Government's Motion to Dismiss on or before May 27, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**