**ELECTRONICALLY FILED ON MAY 26, 2009**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LOUISE HALL and GLENN GOULD, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07-773C |
| | ) | (Judge Braden) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME**

COME NOW, the Plaintiffs, Louise Hall and Glenn Gould, by and through their undersigned counsel, and hereby moves the Court for an extension of time to file a Response to the Defendant's Motion to Dismiss. Plaintiff has conferred with counsel for the United States of America, Misha Preheim, regarding this matter, and Mr. Preheim indicated that he would not oppose this motion.

Currently, Plaintiffs would be required to file their Response to the Government's Motion to Dismiss on May 27, 2008. Plaintiffs have requested, and Defendant has agreed, to file their Response on June 13, 2008.

As no dates have been scheduled past the completion of the above-outlined briefing schedule, the above-requested dates will not cause a great delay in the resolution of this matter.

//

//

//

RESPECTFULLY SUBMITTED this 27th day of May, 2008.

/s/ Karen Budd-Falen
Karen Budd-Falen
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, WY 82003-0346
307/632-5105 Telephone
307/637-3891
karen@buddfalen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May, 2008, I filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following:

Loren Misha Preheim misha.preheim@usdoj.gov

/s/ Karen Budd-Falen