# In the United States Court of Federal Claims

No. 07-773C

Filed: May 28, 2008

***********************************
*
LOUISE HALL and *
GLENN GOULD, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

The Plaintiffs' May 26, 2008 Second Unopposed Motion for an Enlargement of Time is granted. The Plaintiffs will file a Response to the Government's Motion to Dismiss on or before June 13, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**