IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOUISE HALL and GLENN GOULD, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 07-773C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 14 days, to and including July 14, 2008, within which to file its reply in support of its motion to dismiss. Defendant's reply is now due to be filed on June 30, 2008. This is defendant's first request for an enlargement of time for this purpose. Defendant has contacted counsel for plaintiffs, who has indicated that plaintiffs do not oppose this request.

The enlargement is requested because of counsel of record's workload, which includes handling a bid protest in Dyonyx, L.P. v. United States, No. 08-458c, preparing a response to the complaint in Quillen v. United States, No. 08-140, and preparing for oral argument in Globe Metallurgical, Inc. v. United States, No. 07-00386, in the United States Court of International Trade.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 14-day enlargement of time, to and including July 14, 2008, within which to file its reply brief.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

June 26, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on the 26th day of June, 2008, a copy of the foregoing "Unopposed Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/L. Misha Preheim