# In the United States Court of Federal Claims

No. 07-773C
Filed: June 27, 2008

| | |
|---|---|
| *********************************** | |
| | * |
| LOUISE HALL and | * |
| GLENN GOULD, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

The Government's June 26, 2008 Unopposed Motion for an Enlargement of Time is granted. The Government will file a Reply on or before July 14, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**